■    SYLVIA J. NAGY, as Executrix of WINFRED E. NAGY, Deceased, Respondent, v. CHESTER RINEHOLTS, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■    HAROLD SEBRING et al., Respondents, v. SUSAN E. SEELEY et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Cattaraugus Trial Term for plaintiffs in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■    GEORGE COLLINS, Appellant, v. JACKSON A. BISHOP, Respondent, et al., Defendants.— Judgment affirmed, without costs of this appeal to either party. New finding of fact made. All concur. (Appeal from a judgment of Livingston Equity Term dismissing plaintiff's complaint and canceling lis pendens in an action to set aside a foreclosure sale; the judgment also denied defendant Bishop's prayer for confirmation of the sale in foreclosure.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH BOLLETTIERI, Defendant.— Motion denied. All concur. (Motion for inspection of the minutes of the Grand Jury and for dismissal of the indictment.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST COLEMAN, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie County Court convicting defendant of the crime of manslaughter, second degree, rendered on a plea of guilty.) Present — McCurn, P. J., Williams, Bastow and Goldman, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL ALLEN TEMPLE, Appellant.— Judgment of conviction affirmed under section 542 of the Code of Criminal Procedure. All concur. (Appeal from a judgment of Onondaga County Court convicting defendant of the crime of grand larceny, first degree.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JIMMIE LEE PAUL, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Ontario County Court convicting defendant of the crime of carrying and use of concealed weapons.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LEON PAUL, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Ontario County Court convicting defendant of the crime of carrying and use of concealed weapons.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS McCOLLUM, Amended to THOMAS MICHAEL McCOLLUM, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie County Court convicting defendant of the crimes of burglary, third degree in two counts, and petit larceny.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.